UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARDIAC PACEMAKERS, INC., GUIDANT SALES CORPORATION, MIROWSKI FAMILY VENTURES, LLC, and ANNA MIROWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> ST. JUDE MEDICAL, INC., and PACESETTER, INC., <br><br> Defendants. | CASE NO. 1:96-cv-1718-DFH-TAB |

FINAL JUDGMENT

The court having this day granted summary judgment for defendants holding that Claim 4 of U.S. Patent No. 4,407,288 is invalid by reason of anticipation, and all other claims and counterclaims having previously been resolved on appeal or otherwise, it is hereby ORDERED, ADJUDGED, AND DECREED:

1.  The claim of plaintiffs Cardiac Pacemakers, Inc., Guidant Sales Corporation, Mirowski Family Ventures, LLC, and Anna Mirowski against defendants St. Jude Medical, Inc. and Pacesetter, Inc. for infringing Claim 4 of U.S. Patent No. 4,407,288 (Count I of the Second Amended and Supplemental Complaint) is DISMISSED WITH PREJUDICE.

-2-

2. Defendants are entitled on their Counterclaim to a declaration that Claim 4 of U.S. Patent No. 4,407,288 is INVALID.

3. Any and all remaining claims for relief by any party are hereby DISMISSED.

4. Defendants shall recover their costs from plaintiffs.

Date: March 26, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Copies to:

Frederick Brown
GIBSON DUNN & CRUTCHER LLP
fbrown@gibsondunn.com

Barry J. Herman
OBLON SPIVAK McCLELLAND MAIER & NEUSTADT P.C.
bherman@oblon.com

J. Michael Jakes
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER
mike.jakes@finnegan.com

H. Mark Lyon
GIBSON DUNN & CRUTCHER LLP
mlyon@gibsondunn.com

Richard R. McDowell
HILL FULWIDER MCDOWELL FUNK & MATTHEWS
dick@hfmfm.com

Michael T. McNally
ICE MILLER LLP
mcnally@icemiller.com

Thomas Eugene Mixdorf
ICE MILLER LLP
thomas.mixdorf@icemiller.com

Michael Andre Morin
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
michael.morin@finnegan.com

Daniel Pierre Muino
GIBSON DUNN & CRUTCHER LLP
dmuino@gibsondunn.com

Michael Vincent O'Shaughnessy
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
oshaughm@finnegan.com

Jeffrey M. Olson
SIDLEY AUSTIN LLP
jolson@sidley.com

-4-

Denis R. Salmon
GIBSON DUNN & CRUTCHER LLP
dsalmon@gibsondunn.com

John R. Schaibley III
BAKER & DANIELS
jrschaib@bakerd.com

David A. Segal
GIBSON DUNN & CRUTCHER LLP
dsegal@gibsondunn.com

Robert K. Stanley
BAKER & DANIELS
rkstanle@bakerd.com

Kara Farnandez Stoll
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
kara.stoll@finnegan.com

Jay G. Taylor
ICE MILLER LLP
jay.taylor@icemiller.com

Philip A. Whistler
ICE MILLER LLP
philip.whistler@icemiller.com