# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CARDIAC PACEMAKERS, INC., GUIDANT SALES CORPORATION, ANNA MIROWSKI, and MIROWSKI FAMILY VENTURES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ST. JUDE MEDICAL, INC. and PACESETTER, INC., <br><br> Defendants. | Civil Action No. 1:96-cv-1718-DFH/TAB |

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND 41(c)**

It is stipulated and agreed by and among the parties to this action, represented by their counsel, as follows:

1. The second amended and supplemental complaint is hereby dismissed with prejudice as to all plaintiffs.

2. The counterclaim to the second amended and supplemental complaint is hereby dismissed with prejudice as to the defendants.

3. Any and all pending motions or requests for relief by any of the parties are hereby withdrawn.

4. Each party is to bear its own costs and attorney fees.

So agreed and stipulated.

DATED: May 5, 2010

| | |
|---|---|
| s/ Arthur I. Neustadt | s/ Denis R. Salmon |
| Arthur I. Neustadt | Denis R. Salmon |
| OBLON, SPIVAK, MCCLELLAND, | GIBSON, DUNN & CRUTCHER LLP |
| MAIER AND NEUSTADT, LLP | 1881 Page Mill Road |
| 1940 Duke Street | Palo Alto, CA 94304 |
| Alexandria, VA 22314 | (650) 849-5301 |
| (703) 413-3000 | dsalmon@gibsondunn.com |
| aneustadt@oblon.com | |
| | Attorney for defendants |
| Attorney for plaintiffs Anna Mirowski | St. Jude Medical, Inc. and Pacesetter, Inc. |
| and Mirowski Family Ventures, LLC | |

s/ J. Michael Jakes
J. Michael Jakes
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue N.W., Suite 1100
Washington, DC 20001-4413
(202) 408-4045
mike.jakes@finnegan.com

Attorney for plaintiffs Cardiac Pacemakers, Inc.
and Guidant Sales Corporation

SO ORDERED this _____ day of _____, 2010.

_____
United States District Judge